ALBERT B. SAMBAT (CSBN 236472)
ALEXIS J. LOEB (CSBN 269895)
DAVID J. WARD (CSBN 239504)
SUSAN A. MUSSER (MOBN 63116)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
alexis.loeb@usdoj.gov
Telephone: (415) 934-5300

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL MARR,<br>JAVIER SANCHEZ,<br>GREGORY CASORSO, and<br>VICTOR MARR,<br><br>Defendants. | CASE NO. CR 4:14-00580 PJH<br><br>**DECLARATION OF ALEXIS J. LOEB IN SUPPORT OF UNITED STATES' NOTICE OF COCONSPIRATOR STATEMENTS** |

I, Alexis J. Loeb, hereby declare under penalty of perjury as follows:

1. I am a trial attorney in the San Francisco Office of the United States Department of Justice's Antitrust Division and am admitted to practice in the State of California and before this Court. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the facts set forth in this declaration.

2. Attached hereto (under seal) as Exhibit A is an excerpt from a true and correct copy of a written summary of an interview with Brian McKinzie on March 5-6, 2012 (NDRE-FBI-I-001122).

3. Attached hereto (under seal) as Exhibit B are excerpts from true and correct copies of written summaries of an interview with Michael Renquist on May 1-2, 2013 (NDRE-FBI-I-001712) and an interview with Brian McKinzie on January 17, 2012 (NDRE-FBI-I-001103).

4. Attached hereto (under seal) as Exhibit C are excerpts from true and correct copies of written summaries of an interview with Michael Renquist on May 1-2, 2013 (NDRE-FBI-I-001712) and an interview with Joseph Clement Vesce on October 23, 2013 (NDRE-FBI-I-001919).

5. Attached hereto (under seal) as Exhibit D is an excerpt from a true and correct copy of a written summary of an interview with Douglas Moore on November 9, 2011 (NDRE-FBI-I-000956).

6. Attached hereto (under seal) as Exhibit E are excerpts from true and correct copies of written summaries of an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001855) and an interview with Barry Heisner on March 12, 2012 (NDRE-FBI-I-000813).

7. Attached hereto (under seal) as Exhibit F are excerpts from true and correct copies of written summaries of an interview with David Margen on August 29, 2011 (NDRE-FBI-I-000522), an interview with Dominic Leung on April 16, 2012 (NDRE-FBI-I-001321), and an interview with Michael Renquist on May 1-2, 2013 (NDRE-FBI-I-001712).

8. Attached hereto (under seal) as Exhibit G are excerpts from true and correct copies of written summaries of an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001855) and an interview with Douglas Moore on November 9, 2011 (NDRE-FBI-I-000957).

9. Attached hereto (under seal) as Exhibit H are excerpts from true and correct copies of written summaries of an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001855),
//

an interview with Dominic Leung on April 16, 2012 (NDRE-FBI-I-001321), and an interview with Joseph Clement Vesce on October 23, 2013 (NDRE-FBI-I-001925).

10. Attached hereto (under seal) as Exhibit I are excerpts from true and correct copies of written summaries of an interview with David Margen on August 29, 2011 (NDRE-FBI-I-000522) and an interview with Joseph Clement Vesce on October 23, 2013 (NDRE-FBI-I-001920).

11. Attached hereto (under seal) as Exhibit J are excerpts from true and correct copies of written summaries of an interview with Grant Alvernaz on October 25, 2011 (NDRE-FBI-I-000704) and an interview with Peter McDonough on May 28 and 30, 2013 (NDRE-FBI-I-001738).

12. Attached hereto (under seal) as Exhibit K are excerpts from true and correct copies of written summaries of an interview with Wesley Barta on May 29, 2014 (NDRE-FBI-I-002232) and an interview with Brian McKinzie on January 17, 2012 (NDRE-FBI-I-001102 – NDRE-FBI-I-001103).

13. Attached hereto (under seal) as Exhibit L are excerpts from true and correct copies of written summaries of an interview with Brian McKinzie on March 5-6, 2012 (NDRE-FBI-I-001144 – NDRE-FBI-I-001145) and an interview with Hilton Wong on April 10, 2012 (NDRE-FBI-I-001306).

14. Attached hereto (under seal) as Exhibit M are excerpts from true and correct copies of written summaries of an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001854 – NDRE-FBI-I-001855), an interview with Keith Slipper on November 30, 2013 (NDRE-FBI-I-002013 – NDRE-FBI-I-002014), and an interview with Brian McKinzie on January 17, 2012 (NDRE-FBI-I-001102).

15. Attached hereto (under seal) as Exhibit N are excerpts from true and correct copies of written summaries of an interview with Joseph Clement Vesce on October 23, 2013 (NDRE-FBI-I-001918) and an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001855).

16. Attached hereto (under seal) as Exhibit O are excerpts from true and correct copies of written summaries of an interview with Eric Daniel Larsen on January 11, 2011 (NDRE-FBI-I-000185), an interview with Thomas Legault on August 11, 2011 (NDRE-FBI-I-000505), and an interview with Danli Liu on March 13, 2013 (NDRE-FBI-I-001690).

17. Attached hereto (under seal) as Exhibit P is an excerpt from a true and correct copy of a written summary of an interview with Gregory Casorso on February 26, 2011 (NDRE-FBI-I-000358).

18. Attached hereto (under seal) as Exhibit Q is an excerpt from a true and correct copy of a written summary of an interview with Peter McDonough on May 28 and 30, 2013 (NDRE-FBI-I-001755).

19. Attached hereto (under seal) as Exhibit R are excerpts from true and correct copies of written summaries of an interview with Danli Liu on March 20, 2013 (NDRE-FBI-I-001694) and an interview with Jorge Wong on September 26, 2011 (NDRE-FBI-I-000767).

20. Attached hereto (under seal) as Exhibit S are excerpts from true and correct copies of written summaries of an interview with Brian McKinzie on January 17, 2012 (NDRE-FBI-I-001105) and an interview with Wesley Barta on September 30, 2014 (NDRE-FBI-I-002333).

21. Attached hereto (under seal) as Exhibit T are excerpts from true and correct copies of written summaries of interviews with Brian McKinzie on January 23, 2012 (NDRE-FBI-I-000868) and on March 5-6, 2012 (NDRE-FBI-I-001138).

22. Attached hereto (under seal) as Exhibit U are excerpts from true and correct copies of written summaries of an interview with Brian McKinzie on January 19, 2012 (NDRE-FBI-I-000842) and an interview with Hilton Wong on April 10, 2012 (NDRE-FBI-I-001305).

23. Attached hereto (under seal) as Exhibit V is an excerpt from a true and correct copy of a written summary of an interview with Grant Alvernaz on October 25, 2011 (NDRE-FBI-I-000704).

24. Attached hereto (under seal) as Exhibit W are excerpts from true and correct copies of written summaries of an interview with Wesley Barta on September 30, 2012 (NDRE-FBI-I-002334 – NDRE-FBI-I-002336), an interview with Jorge Wong on October 8, 2014 (NDRE-FBI-I-002340 – NDRE-FBI-I-002341), and an interview with Hilton Wong on April 10, 2012 (NDRE-FBI-I-001311).

25. Attached hereto (under seal) as Exhibit X are excerpts from true and correct copies of written summaries of an interview with Grant Alvernaz on October 25, 2011 (NDRE-FBI-I-000704) and an interview with Keith Slipper on August 16, 2012 (NDRE-FBI-I-001357).

26. Attached hereto (under seal) as Exhibit Y is an excerpt from a true and correct copy of a written summary of an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001855 – NDRE-FBI-I-001856).

//

27. Attached hereto (under seal) as Exhibit Z are excerpts from true and correct copies of written summaries of an interview with David Brown and Jenny Taylor on January 9, 2014 (NDRE-DOJ-000217, NDRE-DOJ-000220) and an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001854).

28. Attached hereto (under seal) as Exhibit AA is an excerpt from a true and correct copy of a written summary of an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001855).

29. Attached hereto (under seal) as Exhibit AB is a true and correct copy of a Receipt of Funds produced by LPS Agency Sales & Posting, Inc. in this case (LPS-ANT-NDCAC-006193) and a true and correct copy of a written summary of an agent's observations at the Alameda County Courthouse on July 22, 2010 (NDRE-FBI-FISUR-000699).

30. Attached hereto (under seal) as Exhibit AC is a true and correct copy of a bid log sheet produced by LPS Agency Sales & Posting, Inc. in this case (LPS-ANT-NDCAC-006189).

31. Attached hereto (under seal) as Exhibit AD is an excerpt from a true and correct copy of a written summary of an interview with Wesley Barta on May 29, 2014 (NDRE-FBI-I-002233).

32. Attached hereto (under seal) as Exhibit AE is an excerpt from a true and correct copy of a written summary of an interview with Wesley Barta on May 29, 2014 (NDRE-FBI-I-002236), a true and correct copy of a Receipt of Funds produced by LPS Agency Sales & Posting, Inc. in this case (LPS-ANT-NDCAC-006588), and an excerpt from a true and correct copy of a written summary of an interview with Thomas Bishop on April 29, 2014 (NDRE-FBI-I-002157 – NDRE-FBI-I-002158).

33. Attached hereto (under seal) as Exhibit AF are excerpts from true and correct copies of written summaries of an interview with Darius Ancheta on September 10, 2014 (NDRE-FBI-I-002303), an interview with Ron Ancheta on September 12, 2014 (NDRE-FBI-I-002309), and an interview with Wesley Barta on May 29, 2014 (NDRE-FBI-I-002234).

34. Attached hereto (under seal) as Exhibit AG are excerpts from a true and correct copy of a written summary of an interview with David Brown on March 8, 2012 (NDRE-DOJ-000041, NDRE-DOJ-000043).

35. Attached hereto (under seal) as Exhibit AH are excerpts from true and correct copies of written summaries of an interview with David Margen on September 7, 2011 (NDRE-FBI-I-000527)

and an interview with Jorge Wong on September 26, 2011 (NDRE-FBI-I-000763 – NDRE-FBI-I-000764).

37. Attached hereto (under seal) as Exhibit AI are excerpts from true and correct copies of written summaries of an interview with Thomas Franciose on October 6, 2011 (NDRE-FBI-I-000796) and an interview with Robert Kramer on November 16, 2012 (NDRE-FBI-I-001615).

37. Attached hereto (under seal) as Exhibit AJ are excerpts from true and correct copies of written summaries of an interview with Jorge Wong on September 26, 2011 (NDRE-FBI-I-000763 – NDRE-FBI-I-000764) and an interview with Danli Liu on March 13, 2013 (NDRE-FBI-I-001687).

38. Attached hereto (under seal) as Exhibit AK are excerpts from true and correct copies of written summaries of an interview with Keith Slipper on June 9, 2016 (NDRE-FBI-I-002768 – NDRE-FBI-I-002769), an interview with Robert Kramer on November 16, 2012 (NDRE-FBI-I-001614 – NDRE-FBI-I-001615), and an interview with Douglas Ditmer on October 19, 2012 (NDRE-FBI-I-001465).

39. Attached hereto (under seal) as Exhibit AL are excerpts from true and correct copies of written summaries of an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001868) and an interview with Robert Kramer on November 16, 2012 (NDRE-FBI-I-001614).

40. Attached hereto (under seal) as Exhibit AM is an excerpt from a true and correct copy of a written summary of an interview with Miguel De Sanz on April 27, 2016 (NDRE-FBI-I-002717).

41. Attached hereto (under seal) as Exhibit AN are excerpts from a true and correct copy of a written summary of an interview with Miguel De Sanz on April 27, 2016 (NDRE-FBI-I-002717 – NDRE-FBI-I-002718).

42. Attached hereto (under seal) as Exhibit AO are excerpts from true and correct copies of written summaries of an interview with Miguel De Sanz on April 27, 2016 (NDRE-FBI-I-002717 – NDRE-FBI-I-002718) and an interview with Timothy Powers on November 15, 2011 (NDRE-FBI-I-000784).

43. Attached hereto (under seal) as Exhibit AP are excerpts from a true and correct copy of a written summary of an interview with Miguel De Sanz on April 27, 2016 (NDRE-FBI-I-002717 –

/ /

NDRE-FBI-I-002718) and a true and correct copy of a check produced by Miguel De Sanz (NDRE-MDeS-VP-000576 – NDRE-MDeS-VP-000577).

44. Attached hereto (under seal) as Exhibit AQ are excerpts from a true and correct copy of a Plea Agreement entered into by the United States of America and John Shiells and filed on July 8, 2015 (NDRE-PLEA-000760, NDRE-PLEA-000762).

45. Attached hereto (under seal) as Exhibit AR are excerpts from true and correct copies of written summaries of an interview with George Cheng on December 16, 2014 (NDRE-FBI-I-002464), an interview with Wesley Barta on January 11, 2011 (NDRE-FBI-I-000108), an interview with Thomas Bishop (NDRE-FBI-I-000087), an interview with Thomas Franciose on October 6, 2011 (NDRE-FBI-I-000793), an interview with Jorge Wong on October 8, 2014 (NDRE-FBI-I-002342), an interview with David Margen on September 7, 2011 (NDRE-FBI-I-000527), an interview with Brian McKinzie on January 17, 2012 (NDRE-FBI-I-001105), and an interview with Keith Slipper on October 5, 2012 (NDRE-FBI-I-001473).

46. Attached hereto (under seal) as Exhibit AS are excerpts from true and correct copies of written summaries of an interview with Michael Renquist on January 12, 2011 (NDRE-FBI-I-000043), an interview with Jorge Enrique Sum on September 29, 2011 (NDRE-FBI-I-000561), and interview with Eric Daniel Larsen on January 11, 2011 (NDRE-FBI-I-000186), an interview with Robert Rasheed on January 11, 2011 (NDRE-FBI-I-000134), and an interview with Gajan Thia on March 18, 2010 (NDRE-DOJ-000093, NDRE-DOJ-000096).

47. Attached hereto (under seal) as Exhibit AT is an excerpt from a true and correct copy of a written summary of an interview with Ernie Byal on September 12, 2012 (NDRE-FBI-I-001483).

48. Attached hereto (under seal) as Exhibit AU is an excerpt from a true and correct copy of a written summary of an interview with Timothy Powers on January 11, 2011 (NDRE-FBI-I-000090).

49. Attached hereto (under seal) as Exhibit AV is an excerpt from a true and correct copy of a written summary of an interview with Wesley Barta on January 11, 2011 (NDRE-FBI-I-000108).

50. Attached hereto (under seal) as Exhibit AW are excerpts from true and correct copies of written summaries of an interview with Wesley Barta on May 29, 2014 (NDRE-FBI-I-002243) and an interview with Brian McKinzie on March 5-6, 2012 (NDRE-FBI-I-001144 – NDRE-FBI-I-001145).

51. Attached hereto (under seal) as Exhibit AX are excerpts from true and correct copies of written summaries of an interview with Jorge Wong on September 26, 2011 (NDRE-FBI-I-000766) and an interview with Hilton Wong on April 10, 2012 (NDRE-FBI-I-001304 – NDRE-FBI-I-001305).

52. Attached hereto (under seal) as Exhibit AY is an excerpt from a true and correct copy of a written summary of an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001866).

53. Attached hereto (under seal) as Exhibit AZ are excerpts from a true and correct copy of a written summary of an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001861 – NDRE-FBI-I-001862).

54. Attached hereto (under seal) as Exhibit BA are excerpts from a true and correct copy of a written summary of an interview with Gregory Casorso on February 26, 2011 (NDRE-FBI-I-000357 – NDRE-FBI-I-000359).

55. Attached hereto (under seal) as Exhibit BB are excerpts a from a true and correct copy of a written summary of an interview with Gregory Casorso on February 26, 2011 (NDRE-FBI-I-000359, NDRE-FBI-I-000366, NDRE-FBI-I-000369).

56. Attached hereto (under seal) as Exhibit BC is an excerpt from a true and correct copy of a written summary of an interview with Gregory Casorso on February 26, 2011 (NDRE-FBI-I-000359).

57. Attached hereto (under seal) as Exhibit BD are excerpts from true and correct copies of written summaries of an interview with David Margen on August 29, 2011 (NDRE-FBI-I-000522), an interview with Brian McKinzie on January 19, 2012 (NDRE-FBI-I-000841), and an interview with Jorge Wong on January 11, 2011 (NDRE-FBI-I-000026).

58. Attached hereto (under seal) as Exhibit BE is an excerpt from a true and correct copy of a written summary of an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001866).

59. Attached hereto (under seal) as Exhibit BF is a true and correct copy of a written summary of an interview with Gregory Casorso on February 26, 2011 (NDRE-FBI-I-000357 – NDRE-FBI-I-000374f).

60. Attached hereto (under seal) as Exhibit BG are true and correct transcripts of clips from two consensual recordings (1D479.005 and 1D483.005) made by an undercover FBI agent on August 18, 2010 and August 19, 2010.

61. Attached hereto (under seal) as Exhibit BH are excerpts from a true and correct copy of a written summary of an interview with Gregory Casorso on February 26, 2011 (NDRE-FBI-I-000357 – NDRE-FBI-I-000358, NDRE-FBI-I-000367).

62. Attached hereto (under seal) as Exhibit BI are excerpts from a true and correct copy of a written summary of an agent's observations at the Alameda County Courthouse on July 26, 2010 (NDRE-FBI-FISUR-000701 – NDRE-FBI-FISUR-000702).

63. Attached hereto (under seal) as Exhibit BJ are excerpts from true and correct copies of written summaries of an interview with Douglas Ditmer on October 26, 2012 (NDRE-FBI-I-001569 – NDRE-FBI-I-001570), an interview with Brian McKinzie on January 19, 2012 (NDRE-FBI-I-000849), and an interview with Jorge Wong on October 8, 2014 (NDRE-FBI-I-002340 – NDRE-FBI-I-002341).

64. Attached hereto (under seal) as Exhibit BK are excerpts from true and correct copies of written summaries of an interview with Javier Sanchez on January 11, 2011 (NDRE-FBI-I-000008) and an interview with Wesley Barta on May 29, 2014 (NDRE-FBI-I-002238).

65. Attached hereto (under seal) as Exhibit BL are excerpts from true and correct copies of written summaries of an interview with Brian McKinzie on May 30, 2014 (NDRE-FBI-I-002224), an interview with Wesley Barta on May 29, 2014 (NDRE-FBI-I-002239), an interview with Timothy Powers on September 11, 2014 (NDRE-FBI-I-002312), and an interview with Robert Kramer on February 13, 2013 (NDRE-FBI-I-001635).

66. Attached hereto (under seal) as Exhibit BM are excerpts from a true and correct copy of a written summary of an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001867 – NDRE-FBI-I-001868).

67. Attached hereto (under seal) as Exhibit BN is an excerpt from a true and correct copy of a written summary of an interview with Hilton Wong on April 10, 2012 (NDRE-FBI-I-001303).

68. Attached hereto (under seal) as Exhibit BO are excerpts from true and correct copies of written summaries of an interview with Brian McKinzie on January 18, 2012 (NDRE-FBI-I-000745) and an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001865).

69. Attached hereto (under seal) as Exhibit BP is an excerpt from a true and correct copy of a written summary of an interview with Douglas Ditmer on October 26, 2012 (NDRE-FBI-I-001560).

70. Attached hereto (under seal) as Exhibit BQ are excerpts from true and correct copies of written summaries of an interview with David Margen on September 7, 2011 (NDRE-FBI-I-000529), an interview with Timothy Powers on November 15, 2011 (NDRE-FBI-I-000785), and an interview with John Shiells on May 17, 2016 (NDRE-FBI-I-002739).

71. Attached hereto (under seal) as Exhibit BR are excerpts from true and correct copies of written summaries of an interview with Miguel De Sanz on April 27, 2016 (NDRE-FBI-I-002715), an interview with Thomas Franciose on October 6, 2011 (NDRE-FBI-I-000796), an interview with Wesley Barta on August 26-28, 2013 (NDRE-FBI-I-001865), and an interview with Gregory Casorso on February 26, 2011 (NDRE-FBI-I-000364).

72. Attached hereto (under seal) as Exhibit BS are excerpts from true and correct copies of written summaries of an interview with John Shiells on May 24, 2016 (NDRE-FBI-I-002759), an interview with Miguel De Sanz on April 27, 2016 (NDRE-FBI-I-002717 – NDRE-FBI-I-002718), an interview with Joseph Clement Vesce on October 23, 2013 (NDRE-FBI-I-001923), an interview with Brian McKinzie on January 19, 2012 (NDRE-FBI-I-000856), a true and correct copy of a written summary of an agent's observations at the Alameda County Courthouse on August 19, 2010 (NDRE-FBI-FISUR-000715 – NDRE-FBI-FISUR-000716), and an excerpt from a true and correct copy of a written summary of an interview with Thomas Bishop on April 29, 2014 (NDRE-FBI-I-002146).

73. Attached hereto (under seal) as Exhibit BT are true and correct copies of documents seized from Michael Marr on January 11, 2011 (NDRE-MM1-18-048165 – NDRE-MM1-18-048172).

74. Attached hereto (under seal) as Exhibit BU is a true and correct copy of a document seized from Michael Marr on January 11, 2011 (NDRE-MM1-18-048567).

75. Attached hereto (under seal) as Exhibit BV is a true and correct copy of a Receipt of Funds produced by Quality Loan Service Corp. in this case (NDRE-T-QLS-003198).

76. Attached hereto (under seal) as Exhibit BW is a true and correct copy of a Receipt of Funds produced by Golden Pinnacle Development Corporation in this case (GP000917).

//

//

//

77. Attached hereto (under seal) as Exhibit BX is a true and correct copy of a Receipt of Funds produced by California Reconveyance Company in this case (CRC007770 – CRC007771).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 20, 2016                           Respectfully submitted,


                                               _____/s/_____
                                               ALEXIS J. LOEB
                                               Trial Attorney
                                               Antitrust Division
                                               U.S. Department of Justice