1 ALBERT B. SAMBAT (CSBN 236472)
ALEXIS J. LOEB (CSBN 269895)
2 DAVID J. WARD (CSBN 239504)
SUSAN A. MUSSER (MOBN 63116)
3 U.S. Department of Justice
4 Antitrust Division
450 Golden Gate Avenue
5 Box 36046, Room 10-0101
San Francisco, CA 94102
6 alexis.loeb@usdoj.gov
7 Telephone: (415) 934-5300

8 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 4:14-00580 PJH |
| v. | **APPENDIX A AND EXHIBITS TO APPENDIX A** |
| MICHAEL MARR, JAVIER SANCHEZ, GREGORY CASORSO, and VICTOR MARR, | |
| Defendants. | |