1  ALBERT B. SAMBAT (CSBN 236472)
   ALEXIS J. LOEB (CSBN 269895)
2  SUSAN A. MUSSER (MOBN 63116)
   U.S. Department of Justice
3  Antitrust Division
4  450 Golden Gate Avenue
   Box 36046, Room 10-0101
5  San Francisco, CA 94102
   albert.sambat@usdoj.gov
6  Telephone: (415) 934-5300

7  Attorneys for United States of America

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

| UNITED STATES OF AMERICA | CASE NO. CR 4:14-00580 PJH |
|---|---|
| v. | **JOINT STATUS MEMORANDUM** |
| MICHAEL MARR, JAVIER SANCHEZ, GREGORY CASORSO, and VICTOR MARR, Defendants. | Status Conference set for:<br><br>Date: August 24, 2016<br>Time: 1:30 p.m.<br>Court: Hon. Phyllis J. Hamilton<br>Place: Courtroom 3, 3rd Floor |

No. CR 4:14-00580 PJH
JOINT STATUS MEMORANDUM

## BACKGROUND

On August 15, 2016, the Court vacated its ruling denying defendants' motion to dismiss the mail fraud counts and reinstated defendants' motion to dismiss the mail fraud counts (Dkt. 61) in light of the Court's ruling in *United States v. Galloway, et al.*, CR 14-00607 PJH.  The Court scheduled a status conference with the parties in this case and in *United States v. Florida, et al.*, CR 14-00582 PJH, to discuss the Court's ruling in *Galloway* and to determine whether further briefing is necessary on the defendants' reinstated motion to dismiss.  The parties jointly submit this status memorandum in advance of the August 24, 2016 status hearing to apprise the Court that a continuance of the September 19, 2016 trial date is now necessary.

## STATUS

Defense counsel intends to raise the same arguments relating to the fraud counts that were articulated in the *Galloway* case.  Should defendants raise those arguments, the government would request an opportunity to respond to the motion and to set a motions schedule to preserve its arguments on appeal should the Court reach a similar disposition as it did in *United States v. Galloway*.  Depending on the outcome of the Court's decision, the government will need to decide whether to file a notice of appeal within 30-days of an adverse ruling, whether to supercede the indictment, or whether to proceed to trial on the bid-rigging charges.

Dismissal of the fraud charges would require defendants and the government to amend other pretrial filings, including defendants' motions to sever, defendants' opposition to the government's motions *in limine*, the government's witness list, and the government's exhibit list.  Both parties also intend to seek leave to amend the proposed jury instructions, trial briefs, and *voir dire* questions.  All parties agree that there is not enough time to resolve these issues and supplement the other pretrial filings before the scheduled September 19, 2016 trial date.

The parties conferred on August 19, 2016 to determine the earliest time available for defense counsel and the Court to schedule trial.  Counsel for Gregory Casorso has another trial from December 5, 2016 until early February 2017.  Counsel for Victor Marr also has a trial and is unavailable from February 5, 2017 through approximately mid-April 2017.  The government remains ready to try the case at the next available trial date after the fraud motion is resolved.  However, given the trial schedules of

No. CR 4:14-00580 PJH
JOINT STATUS MEMORANDUM             1

1  defense counsel and the Court's current trial calendar, the parties jointly ask the Court to reschedule the
2  trial to an available date in late May 2017 and to set a new pretrial schedule.
3      The government still intends to proceed with all the other real estate cases as scheduled,
4  beginning with the *Florida* case on October 31, 2016.

6  DATED:  August 22, 2016                                  Respectfully submitted,

8                                                                         /S/
                                                                   ALBERT B. SAMBAT
9                                                                  Trial Attorney
                                                                   Antitrust Division
10                                                                 U.S. Department of Justice

12       /S/                                                             /S/
      JONATHAN HOWDEN                                              MARTHA BOERSCH
13    Counsel for Michael Marr                                     Counsel for Michael Marr

15       /S/                                                             /S/
      ERIK BABCOCK                                                 DUSTIN GORDON
16    Counsel for Gregory Casorso                                  Counsel for Javier Sanchez

18       /S/
      TERESA CAFFESE
19    Counsel for Victor Marr

No. CR 4:14-00580 PJH
JOINT STATUS MEMORANDUM          2